1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAURICE DALTON,

            Plaintiff,

    v.

SARGEANT PAUL ESTES, *et al.*,

            Defendants.

Case No. C05-5820RJB

ORDER

      This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Plaintiff has asked for appointment of counsel in the complaint and in his response to the court's order to show cause.  (Dkt. # 5 and 8).

      There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983.  Although the court, under 28 U.S.C. § 1915(d), can request counsel to represent a party proceeding *in forma pauperis*, the court may do so only in exceptional circumstances.  Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986); Franklin v. Murphy, 745 F.2d 1221, 1236 (9th Cir. 1984); Aldabe v. Aldabe, 616 F.2d 1089 (9th Cir. 1980).  A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved.  Wilborn, 789 F.2d

ORDER

1   at 1331.

2       Plaintiff has demonstrated an adequate ability to articulate his claims *pro se*.   Moreover, it

3   appears that this case does not involve exceptional circumstances which warrant appointment of

4   counsel.  Accordingly, Plaintiff's Motion to Appoint Counsel (Dkt. # 5 and 8) is **DENIED**.

5       The Clerk is directed to send a copy of this Order to plaintiff.

6

7       DATED this 22nd  day of March, 2006.

8

9                               */S/ J. Kelley Arnold*
                                J. Kelley Arnold
10                              United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  ORDER