UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAURICE DALTON,

    Plaintiff,

v.

SARGENT PAUL ESTES *et al.*,

    Defendants.

Case No. C05-5820RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed Plaintiffs' complaint, the State of Washington's motion to dismiss, the response and reply, Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The State of Washington is **DISMISSED** as the state is not a person within the meaning of the Civil Rights Act, 42 U.S.C. § 1983.

(3) Clerk is directed to send copies of this Order to plaintiff, counsel for any defendants who have appeared, and to the Hon. J. Kelley Arnold.

DATED this 18th day of July, 2006.

Robert J. Bryan
United States District Judge

ORDER
Page - 1