1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAURICE DALTON,

               Plaintiff,

     v.

SARGEANT PAUL ESTES *et al.*,

        Defendants.

Case No.  C05-5820RJB

ORDER DENYING
DEFENDANTS MOTION FOR
AN ORDER ALLOWING
PLAINTIFF'S DEPOSITION
WITHOUT PREJUDICE

19

20

21

22

23

      This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Before the court is defendant's motion asking for leave to depose plaintiff.  (Dkt. 35).  Counsel is directed to read and follow Local Rule 30 (a)(2).  Leave of court is not needed unless defendants are not able to obtain the consent of the agency having custody over Mr. Dalton.

24

25

      The clerk is directed to send a copy of this order to plaintiff and counsel for defendants.

      DATED this 2nd day of October, 2006.

26

27

28

                    */S/ J. Kelley Arnold*
                    J. Kelley Arnold
                    United States Magistrate Judge

ORDER
Page - 1