UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAURICE DALTON,

        Plaintiff,

  v.

SARGEANT PAUL ESTES *et al.*,

        Defendants.

Case No.  C05-5820RJB

ORDER GRANTING IN PART
AND DENYING IN PART
DEFENDANT'S MOTION FOR
SANCTIONS

        This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Before the court is defendant's motion asking for sanctions as a result of plaintiff's refusal to participate in his deposition (Dkt. # 39).

        Counsel for defendants explains that despite taking extra measures to insure plaintiff would take part in a deposition scheduled for November 16, 2006 plaintiff refused to be deposed (Dkt. # 39).  Defendant's ask this action be dismissed as a sanction for plaintiff's conduct or in the alternative that costs be awarded (Dkt. # 39).  Defense counsel asks for One Thousand Seven Hundred and Thirty Two Dollars, $1732 in costs (Dkt. # 39, page 2).

        Counsel alleges Mr. Dalton refused to participate in the deposition because he was not represented by counsel (Dkt. # 39).  The court noted that the deposition was scheduled to take place

ORDER
Page - 1

1  in the Larch Corrections Center in Yacolt Washington.  According to counsel for defendants,
2  plaintiff is now at that facility.  The address on file with the court for plaintiff is the Monroe
3  Correctional Complex, not Larch Corrections Center.

4      Local Rule 41 (b)(2) requires a pro se plaintiff to keep the court apprized of a current
5  address.  Plaintiff has sixty days to send a notice of change of address to the court clerk's office.

6      Plaintiff has not responded to the motion for sanctions.  Local Rule 7 (b)(2) states that failure
7  to respond to a motion may be taken as a indication the motion has merit.  There does not appear to
8  be any valid reason for plaintiff's refusal to be deposed.  Sanctions are warranted. The court is
9  mindful that the plaintiff is proceeding *in forma pauperis*.  The court does not intend to dismiss this
10 action at this point in time.  Because of plaintiff's financial situation the court will not impose the full
11 amount of sanctions requested.

12     The court does impose a **Four Hundred Dollar $400 sanction** for plaintiff's refusal to
13 cooperate in discovery.  Plaintiff will have 60 days to pay this sanction.  If plaintiff has not tendered
14 the full amount to counsel for defendants in 60 days a motion to dismiss for failure to comply with
15 this order may be filed.  Further, if plaintiff does not correct his address with the court this action will
16 be subject to dismissal 60 days from today.

17     The clerk is directed to send a copy of this order to plaintiff and counsel for defendants.

20     DATED this 18 day of December, 2006.

22     */S/ J. Kelley Arnold*
    J. Kelley Arnold
23     United States Magistrate Judge

ORDER
Page - 2