UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAURICE DALTON,

    Plaintiff,

    v.

SERGEANT PAUL ESTES, *et al.*,

    Defendants.

Case No. C05-5820RJB

ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is plaintiff's motion for an extension of time to reply to a pending motion for summary judgment (Dkt. # 53).

Defendants filed the motion for summary judgment on January 17, 2007. The defendants gave plaintiff just over five weeks to file a response. On the day the motion was noted to be heard, the court received the motion for an extension of time (Dkt. # 53). The motion is not timely. Further, there is a pending motion to dismiss the action based on plaintiff's failure to comply with a court order that he pay a portion of the costs for a deposition he refused to attend. That motion is also now ripe for review and is dispositive of this action. The motion for an extension of time is **DENIED**.

The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants.

DATED this 22, day of March, 2007.

                                              */S/ J. Kelley Arnold*
                                              J. Kelley Arnold
                                              United States Magistrate Judge

ORDER