# United States District Court

WESTERN DISTRICT OF WASHINGTON

MAURICE DALTON | JUDGMENT IN A CIVIL CASE

v.

SARGENT PAUL ESTES, et al | CASE NUMBER: C05-5820RJB

    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The court ADOPTS the Report and Recommendation. This action is DISMISSED WITH PREJUDICE.

May 9, 2007

BRUCE RIFKIN
Clerk

/s/Dara L. Kaleel
By Dara L. Kaleel, Deputy Clerk